United States District Court
Southern District of Texas
**ENTERED**
August 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OVERILLE DENTON THOMPSON, | § | |
| (SPN #02425321) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-15-3003 |
| | § | |
| MEREDITH DANIELS, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Overille Denton Thompson, a former inmate of the Harris County Jail, sued in October 2015,[1] alleging civil rights violations resulting from a denial of due process. Thompson is representing himself and proceeding without prepaying costs. He sued Meredith Daniels, a police informant, alleging that she was grossly negligent, tampered with and fabricated physical evidence, and aided in maliciously prosecuting him.

On November 4, 2015, the court administratively closed this lawsuit pending the trial or other disposition of the charges against Thompson. (Docket Entry No. 5). The court advised Thompson that he could move to reinstate the case within 30 days after the pending criminal charges

---

[1] After filing this suit on October 13, 2015, Thompson filed seven other lawsuits against those involved in his five pending criminal charges, including prosecutors, a trial judge, a homicide detective, two police departments, and his appointed counsel. *See, e.g.*, *Thompson v. Nicholas,* Civil Action No. H-15-3020 (S.D. Tex.) (dismissed with prejudice as frivolous on Oct. 25, 2015); *Thompson v. Chambers*, Civil Action No. H-15-3004 (S.D. Tex.) (administratively closed on Oct. 23, 2015); and *Thompson v. Waters, et al.*, Civil Action No. H-15-3010 (S.D. Tex.) (administratively closed on Oct. 15, 2015). Thompson was waiting for trial on felony charges for murder (Cause Number 1468823), felon in possession of a firearm (Cause Number 1445930), possession of a controlled substance with intent to deliver (Cause Number 1445929), manufacturing a controlled substance with intent to deliver (Cause Number 1446658), and manufacturing a controlled substance with intent to deliver (Cause Number 1446657). *See* Harris County District Clerk Court website, available at http://www.hcdistrictclerk.com/Edocs/Public/search.aspx.

were resolved.

On June 2, 2016, Thompson moved to reinstate this case. (Docket Entry No. 7). When he filed this lawsuit, he was detained in the Harris County Jail. His most recent court filing indicates that he was detained in the Jefferson County Jail in Beaumont, Texas. Online research reveals that Thompson is no longer at either location.

Under Local Rule 83.4, a litigant representing himself is responsible for keeping the Clerk of Court advised in writing of his current address. The court sends notices only to the address in the Clerk's file. Thompson has not provided the court with an accurate current address. His motion to reinstate, (Docket Entry No. 7), is denied without prejudice to reconsideration if Thompson provides an accurate address. Thompson's motion to proceed without prepayment of fees, (Docket Entry No. 8), is also denied.

SIGNED on August 12, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge